CLINTON TRUST COMPANY, on Behalf of Itself and All Other Creditors of IMERMAN Co., INC., Who Will Come in and Contribute to the Expense of the Action, Respondent, v. MAIDEN FAIR COMPANY and Others, Appellants, Impleaded with Others.— Order modified by excluding defendant Imerman Co., Inc., by Arthur Imerman, its president, and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

NELLIE M. SHAW, as Executrix, etc., of JOHN M. SHAW, Deceased, Appellant, v. ALBERT N. HARP and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LIANE VILLEGAS, an Infant, etc., by Her Guardian ad Litem, MIGUEL VILLEGAS, and MIGUEL VILLEGAS, Respondents, v. BORDEN FARM PRODUCTS CO., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JULES WEBER, Plaintiff, v. BIARRITZ Co., INC., and Others, Defendants. FRANK KELLY, Assignee of Plaintiff, Respondent; FRANCESCO GUARDABASSI, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; O'Malley, J., dissents and votes for affirmance.

PRUDENTIAL COAT, APRON & TOWEL SUPPLY CO., INC., Respondent, v. UNITY COAT & APRON Co., INC., and Others, Defendants, Impleaded with THOMAS B. TROUSDELL, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JACOB HOFSTADTER, Respondent, v. EMPIRE TRUST COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ROSE STERN BRAUDE v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument

denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.